[Cite as *03/22/2004 Case Announcements,* 2004-Ohio-1326.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## *March 22, 2004*

## MOTION AND PROCEDURAL RULINGS

**2003–1161.  State v. Crotts.**
Cuyahoga App. No. 81477, 2003-Ohio-2473. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County.

IT IS ORDERED by the court, sua sponte, that this cause be remanded to the court of appeals for appointment of new counsel and that new counsel be permitted to brief and argue this case.

IT IS FURTHER ORDERED by the court that appointed counsel shall file a copy of the court of appeals' entry of appointment with the Clerk of this court.

**2003–2119.  State ex rel. Szabo v. Wiseman.**
In Mandamus. This cause came on for further consideration upon relator's motion to refuse for fraud. Upon consideration thereof,

IT IS ORDERED by the court that the motion be, and hereby is, denied.

**2003–2161.  State ex rel. Johns Manville Internatl., Inc. v. Indus. Comm.**
Franklin App. No. 02AP–957, 2003-Ohio-5808. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's motion for extension of time to file merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and that appellant's merit brief is due on or before April 28, 2004.

**2004–0465.  State ex rel. Romes v. Horvath.**
In Prohibition and Mandamus. This cause originated in this court on the filing of a complaint for writs of prohibition and mandamus. Upon consideration of relators' motion to expedite,

IT IS ORDERED by the court that the motion be, and hereby is, denied.

## DISCIPLINARY CASES

**2003–1865.  Disciplinary Counsel v. Young.**
Upon consideration of respondent's motion to supplement the record,

IT IS ORDERED by the court that the motion be, and hereby is, denied.

[Cite as *03/23/2004 Case Announcements,* 2004-Ohio-1398.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## *March 23, 2004*

## MISCELLANEOUS DISMISSALS

**2004–0030.  State ex rel. Bristow v. C & K Indus. Serv., Inc.**
Franklin App. No. 02AP–1189, 2003-Ohio-6825. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. It appears from the records of this court that appellant has not filed a merit brief, due March 17, 2004, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed sua sponte.